IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THUNDER COLLINS,<br><br>           Petitioner,<br><br>   vs.<br><br>BARB LEWIEN, Wardern of Nebraska State Penitentiary;<br><br>           Respondent. | 8:25CV579<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the Court on its own motion. Petitioner filed what the Court construes as a Petition for Writ of Habeas Corpus, Filing No. 1, on September 22, 2025, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 4, on October 14, 2025. On October 15, 2025, the Court entered an order, Filing No. 7, granting Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP") and assessed an initial partial filing fee in accordance with the Prison Litigation Reform Act ("PLRA"), *see* 28 U.S.C. § 1915(b). The Court's order was entered in error as the PLRA does not apply to a petition for a writ of habeas corpus under 28 U.S.C. § 2254, like the one filed by Petitioner. Rather, habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). Accordingly, the Court will vacate its October 15, 2025, order assessing payment of the Court's $350.00 filing fee. And, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 6), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that:

1. The Court's October 15, 2025, Order, Filing No. 7, is vacated.

2. Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 4, is granted, and the Petition shall be filed without payment of any fees. To be clear, no initial partial filing fee or any portion of the filing fees shall be assessed against Petitioner, and Petitioner's institution shall not collect or remit any fees to the Court.

3. The Clerk's office is directed to send a copy of this order to the appropriate official at Petitioner's institution.

4. The Clerk's office is further directed to update the Court's records to reflect that Petitioner does not have to pay any filing fee in this case.

5. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 20th day of October, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge